

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 22, 2008

**By Hand**

The Honorable John E. Sprizzo
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Luis Jaime Sanchez Lopez**
            06 Cr. 620 (JES)
            08 Cv. 5361 (JES)

Dear Judge Sprizzo:

        I write to request a 30-day extension of the Government's time to respond to the defendant's Motion for Return of Property in the above-referenced actions. The criminal case above was reassigned to me while the previously-assigned AUSA is away on extended leave. The United States Attorney's Office initially received a copy of the defendant's motion on July 8, 2008, the same day that it received a copy of Your Honor's Order setting a July 11, 2008 deadline for the Government's response. I personally received a copy of the motion Order after the July 11 deadline had passed.

                                   Respectfully submitted,

                                   MICHAEL J. GARCIA
                                   United States Attorney
                                   Southern District of New York

                         By: *Jason Smith /RAR*
                             Jason B. Smith
                             Assistant United States Attorney
                             (212) 637-1026
                             (212) 637-2527(fax)

cc:    Luis Jaime Sanchez Lopez
       Reg. No. 59160-054
       Moshannon Valley Correctional Institute
       555 I Cornell Drive
       Philipsburg, PA 16866

**APPLICATION GRANTED:**

*[signature]*
*fw* U.S.D.J. *Sprizzo*
7-28-08

1